360

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of special combination tubes for photomicrography and are necessary for the operation of the photomicrographic camera, the claim of the plaintiff was sustained.

No. 62991.—Manca, Inc. v. United States, protests 58/9514, 58/9515, and 58/9510 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the merchandise was dutiable as follows: The items marked "A" at 20 percent under paragraph 1551 as parts of photographic cameras, not specially provided for, and the items marked "B" at 25 percent under the provision in paragraph 228, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for photographic lenses.

No. 62992.—China Dry Goods Co. and Frank P. Dow Co., Inc., et al. v. United States, protests 289858–K, etc. (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiffs was sustained.

No. 62993.—The Fan Co. and National Carloading Corp. et al. v. United States, protests 329709–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.

No. 62994.—China Importing Co. and National Carloading Corp. et al. v. United States, protests 58/814, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.

**No. 62995.**—Cathay Crafts Corp. *v.* United States, protests 58/6960 and 58/8444 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.

**No. 62996.**—S. Berger Co. *v.* United States, protest 58/11641 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.

**No. 62997.**—Traveler Trading Co. *v.* United States, protest 58/3929 (New York).